UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Pedro Magdaleno, | ) | No. 19-15148 |
| | ) | Judge David D. Cleary |
| Debtors. | ) | |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on <u>February 7, 2022 at 2:00 p.m.</u>, I will appear before the Honorable David D. Cleary, or any judge sitting in his place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Pedro Magdaleno

By: _/s/ Vaughn A. White_

Vaughn A. White
White Law Offices, PC

        Attorney for Debtor
954 W. Washington Blvd., Suite 625
Chicago, IL 60607
312-243-6200
vaughn@vaughnwhite.com
ARDC # 6198291

## CERTIFICATE OF SERVICE

I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on January 21, 2022.

*/s/ Vaughn A. White*

SERVICE LIST by Email:

Marilyn O Marshall
courtdocs@chi13.com

Yanick Polycarpe
ypolycarpe@chi13.com

Bayview Loan Servicing
Toni.Townsend@mccalla.com

By First Class Mail:

HSBC Bank USA
PHH Mortgage
ND-One@il.cslegal.com

Armor Systems Co.
1700 Keifer Drive
Zion, IL 60099

Bank of America
PO Box 982238
El Paso, TX 79998

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

Shapiro Kreisman & Assoc
2121 Waukegan Rd
Suite 301
Bannockburn, IL 60015

Swedish Covenant Hospital
5140 N California Ave
Chicago, IL 60625

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Pedro Magdaleno, | ) | No. 19-15148 |
| | ) | Judge David D. Cleary |
| Debtors. | ) | |

## MOTION TO MODIFY PLAN PAYMENTS

NOW COMES Debtor PEDRO MAGDALENO, by and through his attorney, Vaughn A. White, and in support of his motion to modify plan payments, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On May 28, 2019, Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on December 9, 2019.

3. The Debtor's current Chapter 13 plan payments are $f $7,760.00 per month for 84 months.

4. Pursuant to this Court's order of March 22, 2021, Debtor's payments were to resume being $10,605.76 per month, beginning January of 2022.

4. Debtor has paid at least $194,000.00 into his Chapter plan, but is still in arrears on the plan.

5. Debtor's rental income has been significantly reduced as at least three of his tenants have unable to pay rent due to COVID-19. This has left a significant shortfall in Debtor's income.

6. Debtor has been able to evict one of his delinquent tenants and the remaining delinquent two tenants have applied for rental assistance. Said assistance is forthcoming and debtor expects to receive the rental assistance payments within the next three months.

7. The rental assistance payment to Debtor is expected to be in excess of $30,000.00. Debtor plans to turn over all sums necessary to cure his default.

8. The Debtor proposes to modify his Chapter 13 plan pursuant to 11 USC § 1329 to defer his past due payments for 6 months in order to complete the rental assistance program and receive the funds necessary to cure the default.

9. Debtor proposes to continue the current monthly payments of $7,760 for an additional year.

9. The Debtor further wishes to defer the remaining balance to the end of the Chapter 13 plan.

WHEREFORE, the Debtor, PEDRO MAGDALENO, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan to defer the existing default to the end of the plan; to continue his monthly obligation in the sum of $7,760.00 for one year; and for such relief as the Court deems fair and proper.

Respectfully Submitted,

Vaughn A. White

Vaughn A. White
White Law Offices, PC
Attorney for Debtor
954 W. Washington Blvd., Suite 625
Chicago, IL  60607
312-243-6200
vaughn@vaughnwhite.com
ARDC # 6198291

2