**Fill in this information to identify the case:**

Debtor 1: Pedro R Magdaleno

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of Illinois
(State)

Case number: 19-15148

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2021-RPL7 Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 5939

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 2,028.23

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 739.59     **New escrow payment:** $ 607.24

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ■ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ■ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

---

Official Form 410S1             **Notice of Mortgage Payment Change**             page 1

Debtor 1    Pedro R Magdaleno      Case Number (if known)   19-15148
      First Name    Middle Name

## Part 4.    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Kenneth W. Bach              Date    08/10/2022
     Signature

**Print**    Kenneth W. Bach           Title    Attorney for Creditor
       First Name   Middle Name   Last Name

Company    Johnson, Blumberg & Associates, LLC

Address    230 W. Monroe, Ste. 1125
         Number      Street

         Chicago, IL 60606
         City      State      ZIP Code

Contact Phone    312-541-9710           Email    kennethb@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Pedro R Magdaleno

Debtor

Bankruptcy No. 19-15148
Judge David D. Cleary
Chapter: 13

## CERTIFICATE OF SERVICE

TO: Pedro R Magdaleno, 6300 W. George St., Chicago, IL 60639
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
Vaughn A White, White Law Offices, PC, 954 W. Washington Blvd., Suite 625, Chicago, IL 60607
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

I, Kenneth W. Bach, an attorney, certify that I served the attached Notice of Mortgage of Payment Change by mailing a copy to the Debtor named above at the addresses listed above and by depositing the same in the U.S. Mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on August 10, 2022. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach, IL ARDC 6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE